**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                     PLAINTIFF

vs.                                        NO.  4:93CR00170-001  SWW

EUGENE T. BROWN                                                              DEFENDANT

## ORDER

The above entitled cause came on for hearing October 3, 2014 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of the defendant, the Court found that defendant  has violated the conditions of his supervised  release without just cause.

IT IS THEREFORE  ORDERED  AND ADJUDGED that the government's motion to revoke  [doc #79]  is *granted* the supervised  release  previously granted this defendant is hereby *revoked*.

IT IS FURTHER  ORDERED that defendant shall serve a term of imprisonment of *FIFTEEN (15) MONTHS* in the custody of the Bureau of Prisons.  The Court recommends that defendant be incarcerated in Forrest City, Arkansas; and that defendant participate in mental health counseling during incarceration.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

DATED this 3rd day of October 2014.

                                                                                /s/Susan Webber Wright
                                                                                United States District Judge